# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00109-CV

### In re Michael Paul Young

---

### ORIGINAL PROCEEDING FROM BELL COUNTY

---

### M E M O R A N D U M   O P I N I O N

The petition for writ of prohibition is denied, and the pending motions are dismissed as moot. *See* Tex. R. App. P. 52.8(a).

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Filed: February 21, 2025